PD-0998-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/3/2015 12:00:00 AM
Accepted 8/6/2015 10:22:00 AM
ABEL ACOSTA
CLERK

PDR No. ___PD-0998-15___

Court of Appeals No. 03-13-00381-CR

| | | |
|---|---|---|
| ANTHONY BOYD ROBERTSON | § | IN THE TEXAS COURT OF |
| | § | |
| v. | § | CRIMINAL APPEALS |
| | § | |
| STATE OF TEXAS | § | AT AUSTIN, TEXAS |

## PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes ANTHONY BOYD ROBERTSON, Petitioner in the above styled and numbered cause, and moves this Court for a 60-day extension to file his Petition for Discretionary Review, and would show as follows:

1.      Petitioner has been convicted for the offense Assault with Bodily Injury – Family Violence (Repeat Offender), and has been assessed sentence of 14 years.

2.      The Third District Court of Appeals issued an unpublished decision in this case on July 23, 2015. *Anthony Boyd Robertson v. State of Texas*, 03-13-00381 (Tex.App.- Austin, July 23, 2015). The PDR in this case is due on or before August 24, 2015.

3.      The undersigned counsel is appointed and his appointment has terminated following the decision in this case. Nevertheless, counsel believes the

1

opinion by the Court of Appeals has potential issues for a Petition for Discretionary Review. Counsel has advised Petitioner by letter on this date regarding the potential issues, as well as the status of his representation.

4. In order to preserve Petitioner's right to file a Petition for Discretionary Review, counsel intends to meet with the trial court on the week of August 3 to determine whether appellate representation will continue. Due to the presence of impending trial deadlines in August/September and a Reply Brief due in federal court relating to a death penalty case, Counsel requires extra time to prepare a PDR.

5. In the alternative, if the trial court does not continue the undersigned counsel's representation, Petitioner needs time to retain counsel, or to obtain the record and other necessary documents in which to prepare a PDR,.

6. Accordingly, te undersigned counsel requests this Court extend the deadline to file the PDR in this case by 60 days from the current due date.

5. Mr. Robertson's personal information for the purposes of notices by this Court is as follows:

> Mr. Anthony Boyd Robertson
> # 01863976
> TDC Jordan Unit
> 1992 Helton Road
> Pampa, TX 79065

**WHEREFORE, PREMISES CONSIDERED**, Petitioner prays that this

Court grant this Motion, and grant an additional 60 days to file a PDR in this case

<div style="margin-left: 40%;">

Respectfully submitted,

Law Office of Alexander L. Calhoun
4301 W. William Cannon Dr., Ste. B-150, # 260
Austin, TX 78749
Tele: 512/ 420-8850
Fax: 512/ 233 - 5946
Cell: 512/ 731-3159
Email: alcalhoun@earthlink.net

BY:_/s/_ *Alexander L Calhoun*

Alexander L. Calhoun
State Bar No.: 00787187

Attorney for Anthony Boyd Robertson

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2015, a copy of the above and foregoing motion

has been served by mail upon the Hays County District Attorney's Office, at the

following address:

Hays County District Attorney
Hays County Government Center
712 South Stagecoach Trail, Ste. 2507
San Marcos, TX 78666.

upon the  State Prosecution Attorney by U.S. Mail at the following address:

State Prosecuting Attorney
P.O. Box 13046
Capitol Station
Austin, Texas 78711

and upon Appellant by U.S. Mail to the following address:

> Mr. Anthony Boyd Robertson
> # 01863976
> TDC Jordan Unit
> 1992 Helton Road
> Pampa, TX 79065

/s/ *Alexander L Calhoun*

Alexander L. Calhoun